No. 74–6137. ROBINSON v. VINCENT, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 74–6140. MADER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–6144. HAVANSEK v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–6163. FIELDS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–6187. WILLIAMS v. FORTNER, PRISON SUPER-INTENDENT. C. A. 5th Cir. Certiorari denied.

No. 74–6190. GREENLEE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 74–6192. HUGHES v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 74–6197. PATTERSON v. HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 74–6208. WRIGHT v. LUEDDEMANN ET AL. C. A. 9th Cir. Certiorari denied.

No. 74–6210. BRAXTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–6213. ELLERBEE v. MARLBORO COUNTY ET AL. C. A. 4th Cir. Certiorari denied.

No. 74–6218. RODGERS v. LAVALLEE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.